**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-2279**

───────────────

KAREN MARIE BEARD,

        Plaintiff - Appellant,

   v.

WALMART,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:21-cv-00495-FDW-DCK)

───────────────

Submitted:  May 18, 2023                    Decided:  May 22, 2023

───────────────

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Karen Marie Beard, Appellant Pro Se. Kevin Michael Cleys, Charlotte, North Carolina, Alison M. Day, LITTLER MENDELSON PC, Columbus, Ohio, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Marie Beard appeals the district court's order dismissing her complaint alleging claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § § 2000e to 2000e-17, and the Americans with Disabilities Act, 42 U.S.C. § § 12101 to 12213. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Beard v. Walmart*, No. 3:21-cv-00495-FDW-DCK (W.D.N.C. Nov. 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*